# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2017

## NO. 03-16-00788-CV

**Thomas A. Jamison and Thomas E. Lowe, Appellants**

**v.**

**Lake Travis Inn and RV Park, Brenda Horton, Ronnie March, and Suzy March, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on August 31, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.